Robert L. SLEEPER, Petitioner–Respondent,

v.

Robin A. SLEEPER, Respondent–Appellant.

No. WD 44292.

Missouri Court of Appeals, Western District.

Oct. 8, 1991.

John K. Allinder, White, Allinder, Grate, Hensley & Graham, Independence, for respondent-appellant.

James D. Worthington, Aull, Sherman, Worthington & Giorza, Lexington, for petitioner-respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from a decree of dissolution of marriage.

Judgment affirmed. Rule 84.16(b)